GEORGE H. SANDS, Appellant, v. JAMES G. COMERFORD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM FOLLETT, Appellant, v. WATER WORKS COMPANY OF SENECA FALLS and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

*Admitted to Practice as Attorneys and Counselors at Law During the March, 1925, Term.*

Upon examination: PAUL EUGENE O'KEEFE of Waterloo; LEO V. LANNING of Buffalo; HOWARD HENRY HOLMBERG of Buffalo; LEWIS LEFF of Buffalo; ISRAEL W. DAUTCH of Buffalo.

Upon credentials from the State of Indiana: JAMES BEVERLY MILNER of Niagara Falls.

Upon credentials from the State of Washington: THOMAS ROCHESTER SHEPARD of Dansville.

---

## FIRST DEPARTMENT, APRIL, 1925.

In the Matter of the Application of CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent, for an Order of Peremptory Mandamus against JOHN F. HYLAN, Mayor, and Others, Constituting the Board of Estimate and Apportionment, and Others, Appellants.

*Municipal corporations — New York city — salary of transfer tax assistant in surrogate's office — said assistant is not appointee of surrogate — surrogate cannot fix salary under Laws of 1911, chap. 775.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office January 9, 1925, granting a peremptory mandamus requiring the defendants to include certain sums in the annual budget of the city of New York for the year 1925.

PER CURIAM: The order appealed from should be modified by striking therefrom the direction that the defendants include in the final budget for the year 1925 the appropriation of $500 increase of compensation to the transfer tax assistant in the Surrogate's Court, New York county, and as so modified affirmed, upon the ground that the transfer tax assistant is not an appointee of the surrogates, and the power of the surrogate to fix the salary of such transfer tax assistant is not conferred by chapter 775 of the Laws of 1911.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. Order modified as indicated in opinion and as so modified affirmed.

---

SYLVESTER L. BENZ, Appellant, v. SCHAFFER TINWARE MANUFACTURING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

---

* Amdg. Laws of 1884, chap. 530, §§ 1, 3. See, also, Tax Law, § 234, subd. 1, as amd. by Laws of 1921, chap. 476; since amd. by Laws of 1925, chap. 328.— [REP.